# GROHE F-DIGITAL
## USER MANUAL





# GROHE
# F-DIGITAL

Precision control, the perfect temperature and the luxury of starting your shower with a single touch; GROHE F-digital will change your perception of basin mixers and showers. The collection hails a new era in bathroom design and technology by introducing a range of hybrid products, which combine the best of wireless digital technology with highly-intuitive press and turn operation.

Experience comfort like never before, with intelligent features such as the warm-up mode and memory function. Amplify your GROHE SPA™ bathing experience with GROHE F-digital: Wireless Control. Right on the Button.

## SAFETY INFORMATION
Before using your digital shower, it is important that you understand how to operate the digital controller and digital diverter and that they are maintained in accordance with the instructions given in this manual. Skin conditions and sunburn can increase your sensitivity to hot water. The skin of children and the elderly is also more sensitive than that of an adult.

## DIGITAL CONTROLLER
### SELECTION OF WATER FLOW & TEMPERATURE

   

Decrease Temperature | Increase Temperature | Power/Pause | Water Flow Adjustment

## TEMPERATURE

SafeStop (bath & shower)

min.  23  28  34  35  36  37  38  39  40  41  42  43  44  45  46  max.

SafeStop (basin & sink mixers)

## DIGITAL DIVERTER
### SELECTION OF WATER OUTLETS

### BATH

  

Bath spout | Head shower | Hand shower

Press the specific symbol to activate/deactivate the desired outlet.

### SHOWER

  

Hand shower | Head shower | Side shower

The illuminated segment indicates the chosen water outlet.
The outlets can be selected separately or in parallel.

# DIGITAL CONTROLLER

## POWER ON

    

Press "-" or "+" or "power/pause" or turn the outer ring clockwise.

Current temperature is displayed by the illuminated ring colour.

## POWER OFF

 

Press "power/pause" or turn the outer ring counter-clockwise until the water flow stops.

Fittings switch off automatically according to set timing. To adjust the timer, see page 6.

## TEMPERATURE ADJUSTMENT

 



Min.    Max.

Press "-" to decrease temperature.
Press "+" to increase temperature.

Water temperature is indicated by the illuminated ring colour. If the Min./Max. temperature is selected, the illuminated ring flashes three times (only basin and sink mixers).

## WATER FLOW ADJUSTMENT



 

Turn outer ring clockwise to increase the water flow or counter-clockwise to decrease it.

## PAUSE FUNCTION



  

Press "power/pause" while the water is running.

If pressed again within 30 sec water flow will re-start with the same flow rate and temperature.

## SAFESTOP FUNCTION

  

1 sec    1 sec



A safety lock is set at 38°C (bath and shower) or 42°C (only basin and sink mixers) to protect from scalding.

To further increase the temperature press "+" for 1 sec, release and press "+" again for 1 sec.

The safety lock is indicated by flashing of illuminated ring - colour according to SafeStop temperature.

The SafeStop lock can be adjusted to max. 40°C (only bath and shower).

# MEMORY FUNCTION



2-4 sec

Your preferred combination of temperature and flowrate can be saved and recalled every time the faucet or shower is switched on.

Press and hold "power/pause" for 2-4 sec while the water is running.



Confirmation is indicated by the illuminated ring and a short interruption of the water flow.

For safety reasons, the max. temperature which can be saved is 40°C (bath and shower) or 42°C (basin and sink mixers).

# WARM-UP MODE



2-4 sec

The Warm-Up Mode indicates when the pre-set temperature is reached (only bath and shower).

Press and hold "power/pause" for 2-4 sec to start the shower with "Warm-Up Mode". By activating the Warm-Up the illuminated ring flashes three times.



When the pre-set temperature is reached the illuminated ring flashes and the water flow stops. Press "power/pause" or "-" or "+" again to start the shower.

The function stops automatically after 2 minutes.

# CLEANING SERVICE MODE



2-4 sec

Prevents accidental switch-on during the cleaning process by blocking all operating units.

Press and hold "power/pause" and "-" for 2-4 sec while the Digital Controller is switched off to activate the "Cleaning Service Mode".



2-4 sec

Confirmation that the Cleaning Service Mode is activated/deactivated is indicated by the illuminated ring.

Automatic un-lock after 2 min or press and hold "power/pause" and "-" for 2-4 sec.

# ENTER AND SELECT THE FUNCTION MENU

 

2-4 sec

The "Function Menu" contains the following submenu

F1 – "Automatic filling/safety shut-off"
F2 – "Calibration"
F3 – "Controller & Diverter Log-On"

F2 and F3 are for use by a Service Engineer only.



Press and hold "+" and "-" for 2-4 sec to enter the "Function Menu" while the Digital Controller is switched off. Turn the outer ring to select the specific function.

Timeout function ensures menu drop out after 3 min.

---

# CHANGE AND SAVE SETTING OF F1
# AUTOMATIC FILLING/SAFETY SHUT-OFF

  

   

The time after the faucet/shower switches off automatically can be changed.

Enter the function menu and select F1 as described above. Press "+" and "-" to confirm. The timer and water flow start automatically after confirmation.
Turn the outer ring to select the outlet (only bath and shower) and confirm with "+" and "-".

CHANGE AND SAVE THE SETTING
Turn the outer ring counter-clockwise to stop the timer. To re-start the timer, turn the outer ring clockwise. Press "+" and "-" to save and leave the menu.

# LEAVE THE FUNCTION MENU



2-4 sec
Press and hold "power/pause" for 2-4 sec to leave the function menu.



Indication by illuminated ring if function menu has been left.

# REPLACING THE BATTERIES

Low battery capacity is indicated by a shorter display duration of the illuminated ring.
Battery type: 3x CR2450 (3V)
Only use new batteries of same make and type. Do not use rechargeable batteries.

    

| Make sure the control unit is dry before removing. | Pull the Digital Control Unit to remove it from the fixation plate. | Use a coin to turn the back plate. | Remove the back plate. | Replace all batteries. |

# FACTORY SETTINGS (DEFAULT)

All digital fittings are adjusted to the following parameter
Cold water supply: 15°C  I  Hot water supply: 65°C  I  Pressure: 3 bar

|  | Digital basin mixer | Digital sink mixer | Digital bath & shower |
| --- | --- | --- | --- |
| Flow rate | 3/4 of max. volume | 3/4 of max. volume | 3/4 of max. volume |
| Temperature | 23°C | 23°C | 37°C |
| Max. Temperature | 56°C | 56°C | 46°C / US: 42°C |
| SafeStop | 42°C | 42°C | 38°C |
| Automatic filling/ safety shut-off | 1 min. | 1 min. | 20 min. |

# CARE INSTRUCTIONS

Please read the following care instructions because damage to the surface and underlying material resulting from improper treatment is not covered by warranty.
Do not use any abrasive sponges or scouring agents for cleaning. We also advise you not to use cleaning agents containing solvent or acid, limescale removers, household vinegar and cleaning agents with acetic acid in them. They are aggressive to the surface and will leave your fitting dull and scratched. As the formulations of commercially available cleaning agents frequently change, we cannot guarantee they will provide the gentle care our fittings deserve.
Clean the fitting with a little soap and a moist cloth only, then simply rinse off and wipe dry. You can avoid lime spots by drying the fitting each time it is used. If lime deposits do occur, remove them with GrohClean, our environmentally-friendly cleaning liquid. GrohClean is specially formulated to clean the surface of our fittings gently. GrohClean is available from your supplier.

# CONTACT GROHE

technicalsupport-hq@grohe.com

Grohe Ltd.
Blays House
Wick Road
Englefield Green
Egham, Surrey
TW20 0HJ
Tel. 0871 200 3414
Fax 0871 200 3415
E-mail: info-uk@grohe.com

For more information on our award-winning designs
go to www.grohe.co.uk

10/2012 - Copyright by GROHE

Follow us

